# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **MOHAMED HISHAM ELTAYEB,** individually and on behalf of all others similarly situated**,** | |
| Plaintiff, | Civil Action No. 4:20-cv-385 |
| v. | |
| **DELI MANAGEMENT, INC. d/b/a "Jason's Deli,"** | **Honorable Amos L. Mazzant** |
| Defendant. | |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice of Plaintiffs' claims against Defendant. Having considered the same, and the evidence and argument presented, if any, it is the opinion of the Court that the Joint Stipulation of Dismissal should be granted.

Accordingly, it is hereby ORDERED that the Parties' Joint Stipulation of Dismissal with Prejudice is GRANTED, and Plaintiffs' claims against Defendant in this matter are dismissed with prejudice.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED this 24th day of June, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE